IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
11 OCT 18 PM 3: 29
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:11CR- 3114 |
| vs. | ) INDICTMENT |
| | ) 18 U.S.C. § 641 |
| ERVIN A. STEPANEK, | ) |
| Defendant. | ) |

The Grand Jury Charges that:

Beginning on or about May 1, 2005, and continuing to on or about March 31, 2008, in the District of Nebraska, the defendant, Ervin A. Stepanek, willfully and knowingly did steal and purloin goods and property of the United States, to wit: charges made by Stepanek and others for fuel and other expenses on Voyager fuel transportation cards issued to Stepanek by the United States Postal Service, with a value of $ 129,475.96.

In violation of 18 U.S.C. § 641.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney, D.NE.

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

WILLIAM W. MICKLE, II
Assistant United States Attorney